# UNITED STATES DISTRICT COURT

## District of Minnesota

Augusto Sanchez Perez

Petitioner(s),

v.

Kristi Noem, Todd M. Lyons, Pamela Bondi,
David Easterwood

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: **26-cv-506 ADM/SGE**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Petitioner Augusto S.P.'s Verified Petition for Writ of Habeas Corpus [Docket No. 1] is **DENIED.**

Date: 1/30/2026

KATE M. FOGARTY, CLERK